UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6554**

───────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MICHAEL GILBERT, a/k/a Tracy, a/k/a Roy Smith,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:97-cr-00352-REP-2)

───────────

Submitted:  August 29, 2013     Decided:  September 4, 2013

───────────

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael Gilbert, Appellant Pro Se.  Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gilbert appeals the district court's order denying his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gilbert</u>, No. 3:97-cr-00352-REP-2 (E.D. Va. Mar. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>